OPINION — AG — **** EFFECTIVE DATE OF ADJUSTMENTS IN NUMBER OF MEMBERS OF BOARD OF TRUSTEES OF MULTI COUNTY LIBRARY SYSTEM **** ADJUSTMENTS IN THE NUMBER OF MEMBERS OF THE BOARD OF TRUSTEES OF MULTI COUNTY LIBRARY SYSTEM DUE TO CHANGE IN THE POPULATION OF CITIES OR TOWNS WITHIN THE LIBRARY SYSTEM, SHALL BE EFFECTIVE ON JULY 1, FOLLOWING THE RELEASE OF THE FINAL CENSUS FIGURES. CITE: 65 O.S. 1970 Supp. 4-103 [65-4-103], (MARVIN C. EMERSON)